IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | Cr. No.:18-10008 -STA |
| | * | |
| JOHNNY LATTIMER, | * | |
| Defendant. | * | |
| | * | |

ORDER AND NOTICE OF SETTING

IT APPEARING TO THIS COURT THAT upon the filed motion of the Defendant, there being no objection filed by the Assistant United States Attorney, and for good cause shown, that this motion is well taken and is therefore, GRANTED.

The change of plea hearing in this matter shall be set for: **Monday, August 20, 2018 at 10:00 a.m.**

IT IS SO ORDERED, this the 20th day of July, 2018

                                              s/S. Thomas Anderson
                                              HONORABLE S. THOMAS ANDERSON
                                              CHIEF U.S. DISTRICT JUDGE