IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| VS. ) | CR. NO. 1:18-10008-STA |
| JOHNNY LATTIMER, ) | |
| Defendant. ) | |

---

**ORDER ON CHANGE OF PLEA
AND NOTICE OF SETTING**

---

This cause came to be heard on August 20, 2018, Assistant United States Attorney, Taylor Eskridge, appearing for the Government and the defendant, Johnny Lattimer, appearing in person, and with counsel, LaRonda Martin.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, DECEMBER 4, 2018 at 11:00 A.M., before Chief Judge S. Thomas Anderson.**

Defendant to remain released on present bond.

**ENTERED** this the 20th day of August, 2018.

s/ S. Thomas Anderson
CHIEF JUDGE, U. S. DISTRICT COURT