IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | CR. NO. 18-10008-STA |
| JOHNNY LATTIMER | * | |
| | * | |
| Defendant. | * | |

ORDER AND NOTICE OF RESETTING

Upon Motion of the Defendant herein and for good cause shown, the **sentencing** is hereby re-set until the 18th day of January, 2019 at 2:15pm.

IT IS SO ORDERED.

DATE: November 5, 2018.

                                                                                         s/S. Thomas Anderson
                                                                                         HONORABLE S. THOMAS ANDERSON
                                                                                         CHIEF UNITED STATES DISTRICT JUDGE